UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF MICHIGAN

In re: **Michael Dennis Rosbury**
**Kimberly Michelle Rosbury** ,
Debtor(s).
_____/

CHAPTER 13
CASE NO: **12-67530**
JUDGE **Phillip J. Shefferly**

## AMENDED ORDER CONFIRMING PLAN
## [TO CORRECT PLAN PAYMENT FREQUENCY]

The Debtor(s)' Chapter 13 plan was duly served on all parties in interest. A hearing on confirmation of the plan was held after due notice to parties in interest. Objections, if any, have been resolved. The Court hereby finds that each of the requirements for confirmation of a Chapter 13 plan pursuant to 11 USC §1325(a) are met.

Therefore, IT IS HEREBY ORDERED that the Debtor(s)' Chapter 13 plan, as last amended, if at all, is confirmed.

IT IS FURTHER ORDERED that the claim of **Erik C. Stein P72172**, Attorney for the Debtor(s), for the allowance of compensation and reimbursement of expenses is allowed in the total amount of $ FEE APP in fees and $ FEE APP in expenses, and that the portion of such claim which has not already been paid, to-wit: $FEE APP shall be paid by the Trustee as an administrative expense of this case.

IT IS FURTHER ORDERED that the Debtor(s) shall maintain all policies of insurance on all property of the Debtor(s) and this estate as required by law and contract.

All filed claims to which an objection has not been filed are deemed allowed pursuant to 11 USC §502(a), and the Trustee is therefore ORDERED to make distributions on these claims pursuant to the terms of the Chapter 13 plan, as well as all fees due the Clerk pursuant to statute.

IT IS FURTHER ORDERED as follows: [*Only provisions checked below apply*]

☒ The Debtor(s) shall remit **100** % of all Federal tax refunds to which Debtor(s) is/are entitled during the pendency of the Plan and shall not alter withholdings without Court approval.

☒ The Debtor(s)' Plan payments shall be increased to $**918.93** per **semi-monthly** effective the 1st day of **April**, 20**14**.

☒ The unsecured creditors shall receive no less than 100% of their submitted claims.

Approved:

/s/ Krispen S Carroll
Krispen Carroll
Chapter 13 Trustee
719 Griswold St., Ste 1100
Detroit, MI 48226
(313) 962-5035
notice@det13ksc.com

/s/ Erik C. Stein
**Erik C. Stein P72172**
Aronoff & Linnell, PLLC
Attorney for Debtor(s)
2804 Orchard Lake Rd., Ste 203
Keego Harbor, MI 48320
(248) 977-4182
erik@aronofflinnell.com

**Signed on June 19, 2013**

/s/ Phillip J. Shefferly
**Phillip J. Shefferly**
**United States Bankruptcy Judge**

Software Copyright (c) 1996-2013 CCH INCORPORATED - www.bestcase.com    Best Case Bankruptcy